**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| BFFL, LLC d/b/a Masthead, and CHABNER IP LICENSING, LLC<br><br>Plaintiffs,<br><br>v.<br><br>THE MARENA GROUP, LLC,<br><br>Defendant. | Civil Action No. __________________<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs Chabner IP Licensing, LLC ("Chabner"), as patent owner, and BFFL, LLC, doing business as Masthead ("BFFL"), as exclusive licensee (collectively, "Plaintiffs"), bring this action against Defendant, The Marena Group, LLC ("Marena") and allege as follows.

## NATURE OF THE ACTION

1. This is an action for infringement of United States Patent No. 10,681,942, entitled "Reconfigurable Post-Surgery Brassiere" (the "'942 patent"), under the patent laws of the United States, 35 U.S.C. § 1 et seq.

2. Chabner owns the ’942 patent. BFFL is the exclusive licensee of the ’942 patent under a license that expressly grants BFFL the right to enforce the patent. Chabner and BFFL bring this action jointly as patent owner and exclusive licensee, respectively.

3. Marena offers for sale and sells post-surgery bras that infringe one or more of claims 1, 3–11, 13–17, 19–23, and 25–27 of the ’942 patent, including its consumer and hospital-only B19 bras, its Caress Ultra-Soft Drain Bulb Management bras identified as CAR-HB01-DBM and CAR-HB02-DBM, and its Caress Pocketed Drain Bulb Management bras identified in Exhibit B as CAR-B19-01, CAR-B19-10, and CAR-B19-11.

## THE PARTIES

4. Plaintiff BFFL, LLC is a limited liability company organized under the laws of New York, doing business as Masthead, with its physical and mailing address at 36 Midland Avenue, Port Chester, New York 10573.

5. BFFL was founded by Dr. Elizabeth Chabner Thompson, a physician, daughter, and granddaughter of breast cancer survivors and a woman who has undergone prophylactic mastectomies.

6. After medical school at Johns Hopkins University School of Medicine and training at Harvard Hospitals, Dr. Chabner Thompson worked for many years as a

physician before founding BFFL in 2011. In approximately 2013, BFFL began selling post-surgical bras that became well known for comfort, convenience, and sufficient compression as demanded by patients, surgeons, and providers of modern surgical techniques.

7. In 2017–2018, Dr. Chabner Thompson invented certain improvements to the post-surgical bras by developing structures that better allow detachable coupling of rings or collection bulbs to the bra, and, in certain embodiments, easy repositioning of such collection bulbs or rings.

8. The surgical bras containing such improved structures are the subject of United States Patent No. 10,681,942. (Ex. A, the "'942 patent").

9. BFFL has marked its products in accordance with 35 U.S.C. § 287.

10. Marena is a Georgia limited liability company with its principal office at 1045 Progress Circle, Lawrenceville, Georgia 30043. The Georgia Secretary of State identifies Marena under control number 15098894, and Marena's website identifies the same company and business address.

11. After issuance of the '942 patent, and as alleged in detail below, Marena began manufacturing in the United States, or importing, products that literally infringe one or more of claims 1, 3–11, 13–17, 19–23, and 25–27 of the '942

patent, and Marena began selling and offering for sale such products in the United States.

## JURISDICTION AND VENUE

12. This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States.

13. This Court has personal jurisdiction over Marena because Marena is organized under Georgia law and maintains its principal office in Georgia, and because Marena also conducts the accused sales and offers for sale in and from this District through its Lawrenceville, Georgia business operations.

14. Venue is proper under 28 U.S.C. § 1400(b) and Local Rule 3.1. because Marena maintains a regular and established place of business at its principal office at 1045 Progress Circle, Lawrenceville, Georgia, in this District, uses that location to conduct its ongoing business of marketing and selling the Accused Products identified below and has committed acts of infringement in this District by offering for sale and selling those bras in and from this District.

15. The Atlanta Division is proper because Marena's Lawrenceville place of business is in Gwinnett County, which is within this Division.

## THE PATENT AND PLAINTIFFS' RIGHTS

16. The United States Patent and Trademark Office issued the '942 patent on June 16, 2020, from Application No. 16/129,301, filed September 12, 2018. The patent identifies Elizabeth Chabner Thompson as its inventor. A copy of the patent is attached hereto as designated "**Exhibit A**."

17. Plaintiff Chabner IP Licensing, LLC is a limited liability company and owns the '942 patent. BFFL holds an exclusive license under the '942 patent, including the express right to enforce the patent. Chabner joins BFFL as a plaintiff in this action to enforce their respective rights in the '942 patent.

18. The '942 patent describes and claims, *inter alia*, a post-surgery bra with breast cups, a back band, shoulder straps, catches, and ring assemblies detachably coupled to the catches to support collection bulbs. (Ex. A).

## THE ACCUSED PRODUCTS

19. The accused products are at least: (a) Marena's consumer Drain Bulb Management Recovery Bra, Style No. B19, identified in attached "Exhibit B" as B19-30, including representative SKU B19-30 AA/A-B; (b) its hospital-only Classic Drain Bulb Management Bra, Style No. B19, identified as B19-3032, including representative SKU B19-3032-B; (c) its Caress Ultra-Soft Drain Bulb Management Velcro-Closure Surgical Bra, Style No. CAR-HB01-DBM; (d) its

Caress Ultra-Soft Drain Bulb Management Zip-Front Surgical Bra, Style No. CAR-HB02-DBM; and (e) its Caress Pocketed Drain Bulb Management Bra, Style No. CAR-B19, including the CAR-B19-01, CAR-B19-10, and CAR-B19-11 versions identified in Exhibit B (collectively, the "Accused Products").

20. Claim charts mapping each claim limitation of exemplary claims 1, 3, 5, 9, 10, and 11 of the '942 patent to the Accused Products are attached hereto as **"Exhibit B"**.

21. References in the claim chart to CAR-HB01 and CAR-HB02 concern the drain-management versions bearing the -DBM suffix. The allegations encompass the size and color variants of these products that share the structures described below.

22. Marena markets the consumer B19 bra at https://marena.com/collections/recovery-bras/products/drain-bulb-management-recovery-bra-style-no-b19 and the hospital-only B19 bra at https://marena.com/products/b19-compression-bra. Marena also markets the CAR-HB01-DBM, CAR-HB02-DBM, and CAR-B19 bras on its website under the product names identified above under "The Accused Products".

23. Upon information and belief, Marena has been on notice that the patent rights at issue since at least as early as July of 2026, when Dr. Chabner-Thompson advised Marena of her patent rights covering the subject products.

## COUNT I
## Direct Infringement of the ’942 Patent

24. Plaintiffs incorporate all prior paragraphs as if fully set forth herein.

25. Without authority from the holder of the patent rights, Marena has directly infringed and continues directly to infringe one or more of claims 1, 3–11, 13–17, 19–23, and 25–27 of the ’942 patent under 35 U.S.C. § 271(a) by making the Accused Products in the United States or by importing the Accused Products into the United States, and offering to sell and selling the Accused Products within the United States during the term of the patent.

26. Each Accused Product is a post-surgery brassiere. Marena markets the consumer B19 for recovery following breast reduction and the hospital-only B19 for post-operative drain management. Marena markets CAR-HB01-DBM and CAR-HB02-DBM for recovery following procedures including mastectomy and reconstruction, and CAR-B19 for acute recovery following mastectomy and breast reconstruction.

27. Each Accused Product has two breast cups, comprising the two breast-supporting fabric regions on opposite sides of the front closure. The B19 products

have the breast-supporting regions shown in Exhibit B; CAR-HB01-DBM and CAR-HB02-DBM have formed cups; and the CAR-B19 versions have pocketed cups.

28. Each Accused Product has a back band coupled to the two breast cups. The photographs show the fabric extending across the wearer's back and joining the breast-supporting front portions of the bra.

29. Each Accused Product has first and second shoulder straps. The first end of each strap is coupled to its respective breast cup, and the second end is coupled to the back band, as shown in the front, side, and rear product photographs.

30. Each Accused Product has a side aperture positioned to align with the wearer's respective axilla when worn. The B19 and CAR-HB01-DBM descriptions identify side-entry openings for drainage tubes; Marena's CAR-HB02-DBM page likewise describes side-entry tube openings; and the CAR-B19 description identifies small tube-access openings. As mapped in Exhibit B, these openings are located along the sides of the bras underneath the wearer's arms.

31. Each Accused Product has at least two catches, including at least one near the bottom of each breast cup. The catches are the fabric attachment features along the lower band that receive and retain the detachable rings. The photographs show these attachment features on both sides of the bra.

32. Each Accused Product includes at least two ring assemblies that detachably couple to the catches. As mapped in Exhibit B, the rings can be repeatedly attached to and detached from the fabric attachment features along the lower band, and each catch, through its associated ring, can couple a collection bulb to the bra. The B19 versions include four rings; CAR-HB01-DBM is described as having two rings on each side; CAR-HB02-DBM is described as having two rings on the band; and CAR-B19 includes two repositionable rings. The ring structures satisfy this limitation whether or not a particular version also includes modesty pouches.

33. Accordingly, each Accused Product literally infringes claim 1 and the additional asserted claims applicable to that product.

34. Plaintiffs have suffered injury from Marena's infringement and seek damages, pursuant to 35 U.S.C. § 284, adequate to compensate for infringement in an amount to be proven at trial and no less than a reasonable royalty, without duplicative recovery.

35. Marena's continuing offers for sale and sales indicate that infringement will continue unless restrained through injunctive relief by the Court.

36. Absent an injunction, BFFL stands to lose considerable market share, as hospitals and other medical facilities that purchase post-surgical bras switch vendors.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request judgment in their favor and against Marena as follows:

A. A judgment that Marena has infringed one or more of claims 1, 3–11, 13–17, 19–23, and 25–27 of the ’942 patent under 35 U.S.C. § 271(a);

B. An award of damages under 35 U.S.C. § 284, including lost profits and, in no event, less than a reasonable royalty, without duplicative recovery;

C. An award of prejudgment and post-judgment interest and recoverable costs;

D. A preliminary and permanent injunction against further infringement under 35 U.S.C. § 283, upon proof of the equitable requirements for that relief;

E. A finding of willful infringement and an award of enhanced damages under 35 U.S.C. § 284, at least from the date of notice of the patent forward;

F. A determination that this case is exceptional, to the extent the evidence in discovery and to be presented shows so, and an award of reasonable attorney’s fees under 35 U.S.C. § 285; and

G. Such other and further relief as the Court deems just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Plaintiffs demand a trial by jury on all issues so triable.

Dated: October 12, 2026

*/s/ J. Zachary Zimmerman*
J. Zachary Zimmerman
Georgia Bar No. 785135
**SCHULTEN WARD TURNER WEISS, LLP**
260 Peachtree Street, N.W., Suite 2700
Atlanta, Georgia 30303
Phone: (404) 688-6800
z.zimmerman@swtwlaw.com

*/s/ Jeffrey I. Kaplan*
(pro hac vice application forthcoming)

Jeffrey I. Kaplan, Esq. (JK4706)
KAPLAN BREYER SCHWARZ LLP
317 George Street, Suite 320
New Brunswick, NJ 08901
Phone: (732) 578-0103, ext. 231
jkaplan@kbsiplaw.com

**Attorneys for Plaintiffs Chabner IP Licensing, LLC and BFFL, LLC d/b/a Masthead**

# "Exhibit A"

US010681942B2

(12) **United States Patent**
**Thompson**

(10) **Patent No.: US 10,681,942 B2**
(45) **Date of Patent: Jun. 16, 2020**

(54) **RECONFIGURABLE POST-SURGERY BRASSIERE**

(71) Applicant: **Elizabeth Chabner Thompson**, Scarsdale, NY (US)

(72) Inventor: **Elizabeth Chabner Thompson**, Scarsdale, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/129,301**

(22) Filed: **Sep. 12, 2018**

(65) **Prior Publication Data**

US 2020/0077718 A1 Mar. 12, 2020

(51) **Int. Cl.**

| | |
|---|---|
| ***A41C 3/00*** | (2006.01) |
| ***A41D 13/12*** | (2006.01) |
| *A41C 3/02* | (2006.01) |
| *A41C 3/10* | (2006.01) |

(52) **U.S. Cl.**
CPC ........ ***A41C 3/0064*** (2013.01); ***A41D 13/1281*** (2013.01); *A41C 3/02* (2013.01); *A41C 3/10* (2013.01)

(58) **Field of Classification Search**
CPC .... A41C 3/0007; A41C 3/0028; A41C 3/0064
USPC .......... 450/7, 89, 86, 36, 54–58; 2/104, 106, 2/114, 110, 109, 69, 67, 105
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,429,593 A 7/1995 Matory
6,032,289 A 3/2000 Villapiano
6,055,668 A 5/2000 Gros et al.
6,390,885 B1 * 5/2002 Brooks ................ A41C 3/0064 450/1
6,574,800 B1 * 6/2003 Leger ................. A41D 13/1245 2/114
9,545,124 B1 * 1/2017 Thompson ........... A41C 3/0064
2005/0010273 A1 * 1/2005 Walker .............. A61B 17/3415 607/105
2006/0085890 A1 * 4/2006 Beuk ................. A41D 13/1281 2/114
2006/0173427 A1 * 8/2006 Urbina ................ A41C 3/0064 604/327
2008/0282441 A1 * 11/2008 Green ............... A41D 13/1245 2/69
2011/0041231 A1 2/2011 Behrens et al.
2018/0332905 A1 * 11/2018 Stephens ............. A41C 3/0064

FOREIGN PATENT DOCUMENTS

WO 2015/195170 A 12/2015
WO 2018/213681 A 11/2018

OTHER PUBLICATIONS

"Elizabeth Pink Surgical Bra", https://mastheadpink.com/bras/, Dec. 19, 2018.
Authorized Officer Antonia Teixeira, International Search Report and Written Opinion dated Oct. 25, 2019 issued in International Application No. PCT/US2019/050815.

* cited by examiner

*Primary Examiner* — Gloria M Hale
(74) *Attorney, Agent, or Firm* — Kaplan Breyer Schwarz, LLP

(57) **ABSTRACT**

A post-surgery brassiere comprises at least two catches for engaging two ring assemblies that detachably couple to collection bulbs and detachably couple to the two catches.

**27 Claims, 3 Drawing Sheets**






FIG. 1
Prior
Art




FIG. 2
Prior
Art


104B
106B
108
102B
102A
110
339
340
122
124
Remove
Relocate
338
104A
106A
114
120
300

FIG. 3

# RECONFIGURABLE POST-SURGERY BRASSIERE

## STATEMENT OF RELATED CASES

This case is related to U.S. Pat. No. 9,545,124, issued Jan. 17, 2017.

## FIELD OF THE INVENTION

The present invention relates to brassieres in general and, more particularly, to a brassiere for use by women immediately following breast surgery.

## BACKGROUND OF THE INVENTION

In 2018, an estimated 266,000 new cases of invasive breast cancer and 64,000 cases of in situ breast cancer in women, and 2550 new cases in men, are expected to be diagnosed in the United States. The majority of these individuals will seek medical treatment for their disease. Women diagnosed with early stage breast cancer have several options for treatment. The surgical options include mastectomy, with or without reconstruction, or lumpectomy followed by radiation therapy and possibly chemotherapy. MA data from 2000-2007 indicates that approximately 30% to 40% of women undergo mastectomy with or without reconstruction. Most male patients undergo mastectomy alone.

The majority of patients undergoing mastectomy will have a simple, skin-sparing mastectomy, whereby the breast tissue is removed and underlying muscle and overlying skin are spared. The extent and type of surgical procedure used depends upon the staging of the tumor, patient preferences, and the physician's skills for reconstruction. Axillary lymph node sampling via sentinal node detection and removal is standard procedure; however, axillary lymph node dissection and removal are still indicated when gross disease is present.

Removing breast tissue (with or without immediate reconstruction) and lymph nodes leads to the accumulation of serous fluid in the chest region and local tissues. During the recovery process, the body slowly develops collateral drainage that removes this excess fluid from the tissues. Surgical drains are implanted to assist in serous/serosanguinous fluid removal. The drains reduce the incidence of post-operative complications and morbidity from infection, hematoma formation, and skin-flap compromise.

One or more drains (e.g., Jackson-Pratt ("JP") drain, etc.) are surgically implanted near each operative site to drain serous lymphatic fluid as well as some blood that accumulates after the mastectomy or breast surgery. The drains include about a meter of flexible tubing that transports fluid from the surgical site to a bulbous reservoir ("collection bulb"). A perforated collection tube lies under the skin; most of the tubing and the collection bulb are extracorporeal.

The tubing is sutured to the skin at its point of exit from the body. This point of exit varies for each mastectomy case; the surgeon chooses the exit site for the drain tubing at the time of mastectomy based on individual body habitus and the type of surgical reconstruction used. The tubing's exit location can vary from right side to left side of the body, but is generally located to the lateral side of the mastectomy site near the axillary region. The drains remain in place collecting fluid for one week to as long as a month or more. The patient is responsible for daily maintenance of the drains, which includes emptying the collection bulb approximately



4 times daily. Once serous drainage diminishes to a point at which the body can reabsorb the fluid, the drains are removed.

Although the drains serve an important and necessary function, they are a source of discomfort for many patients. During daily activities, the weight of the collection bulb and the presence of dangling tubing often results in pain-provoking tension at the exit point due to the sutures. A variety of post-operative garments have been proposed to address this and other issues, including, for example: U.S. Pat. Nos. 5,429,593, 6,032,289, 6,055,668, and U.S. Publ. Pat. Appls. 2006/0173427 and 2011/0041231.

The garments disclosed in the aforementioned patent documents are intended to be suitable for both men and women; in some cases the garment must be modified for anatomical differences, in other cases not. For example, the garments disclosed in U.S. Pat. No. 5,429,593 and U.S. Publ. Pat. Appl. 2006/0173427 are unsuitable for use as a brassiere (and hence provide limited utility for a female patient). The garment disclosed in U.S. Pat. No. 6,032,289 is supposedly capable of being modified into the form of a brassiere. U.S. Publ. Pat. Appl. 2011/0041231 discloses a smock-like garment that can have a bra-like attachment fitted thereto. U.S. Pat. No. 6,055,668 discloses a bra-like garment that can be made with cups (for women) or without cups (for men). Designed to be useful for both men and women, the aforementioned garments are a poor substitute for a brassiere.

Unlike the references discussed above, U.S. Pat. No. 6,390,885 discloses a garment that is intended exclusively for women—a surgical-recovery brassiere. The brassiere includes several drain tube apertures that are sized to permit the flexible tubing of a drain to pass through the side panel. A storage pouch is disposed at the lower edge of the brassiere to receive the collection bulbs of the drains. The pouch includes divided pockets and has an elastic top entry so that the collection bulbs can be readily accessed for drainage. This garment does not take into account changes in surgical procedures during the last decade, such as variation in drain exit points.

Over the last ten years there have been a number of developments in breast surgery; for example, novel surgical techniques, the use of human acellular dermal matrix, direct-to-implant reconstruction or delayed two-stage reconstruction involving expanders and implant exchange. Many of the post-surgical garments (e.g., brassieres, etc.) discussed above are poorly adapted to accommodate these developments. In particular, and among other drawbacks, a number of prior-art, post-surgery brassieres function as complete compressive wraps. With the advent of, for example, direct-to-implant reconstruction, such indiscriminately applied compression is undesirable.

Applicant has developed a post-surgery brassiere that addresses some of the aforementioned issues. It is commercially available at https://mastheadpink.com/bras/ as the ELIZABETH PINK SURGICAL BRA® brand post-surgical brassiere. FIG. **1** depicts, as prior-art post-surgery bra **100**, the aforementioned ELIZABETH PINK SURGICAL BRA®.

Bra **100** includes cups **102**A and **102**B, shoulder straps **104**A and **104**B, and back band **108**. Bra **100** includes several release points, including medial closure **110**, superior closures **106**A and **106**B, which are situated along respective shoulder straps **104**A and **104**B, and side closures **116**, one of which is disposed between backband **108** and cup **102**A and the other between the backband and cup **102**B. The release points are implemented as hook-and loop

fastener **112** (i.e., VELCRO™), which is shown for closure **110**. Markings **118** serve as a scale/index for repeated, consistent positioning of the closure.

Side closures **116** form apertures **114**. The apertures are positioned so that when the brassiere is in use, each aperture aligns with the side of the patient underneath each axilla (i.e., arm pit). Apertures **114** enable the extracorporeal flexible tubing of a drain (e.g., JP drain, etc.) to pass through the bra. The apertures are embodied as "plackets," as opposed a hole through the side band, so that a user can don or remove the bra without removing the drain's collection bulb. To the extent that a bra includes a hole (as opposed to a placket), which is sized to permit passage of a collection bulb for a specific type of drain, it might be undersized to permit the passage of other bulbs from other drains. In such a case, this will require removing the collection bulb from the drain tube to remove the bra.

Base band **120** comprises an elastic material that is attached to the bottom edge of the cups **102**A and **102**B and back band **108**. By virtue of its elasticity, base band **120** ensures that the bottom of the bra remains tight to the body when in use.

To support the extracorporeal portions of a JP drain, bra **100** includes two loops **122** of material, such as ribbon, etc., one of which is sewn to and hangs from base band **120** below each cup **102**A and **102**B. One openable retaining ring **124** couples to each loop **122**. In the illustrative embodiment, retaining rings **124** comprises plastic. The retaining ring can be opened and closed to support the collection bulb and associated tubing of a drain.

FIG. **2** depicts the extracorporeal portions of a JP drain extending through one of apertures **114** of bra **100**. In particular, drain tube **232**, the hidden end of which extends into the patient's surgical site, couples to collection bulb **234** of the JP drain. The collection bulb collects excess lymphatic fluid that is withdrawn from the body via tube **232**. As depicted, when bra **100** is in use, loop **236** of collection bulb **234** couples to retaining ring **124**. As previously discussed, to couple retaining ring **124** to loop **236**, the ring is opened, the loop **236** is positioned on the opened ring, and then the ring is closed.

This arrangement ensures that collection bulb **234** is supported and further that it hangs below the heart, as is required for best fluid drainage. Also, because the collection bulb is attached to the brassiere near its bottom edge, and because the drain tubing remains hidden underneath the patient's blouse, it is very unlikely that the drain tubing could snag on anything that would otherwise cause tension/tugging on the sutured skin at the insertion site. Furthermore, the drain bulb is not forced into an ill-fitting pocket, as in a number of prior-art post-surgery garments. As a consequence, pain and discomfort are minimized and accidental dislodgement of the tubing is prevented.

Applicant has also received U.S. Pat. No. 9,545,124 for a post-surgical brassiere specifically adapted for immobilizing the tubes of an after-loaded catheter/brachytherapy device.

In medicine as in many other fields, the state-of-the-art is advancing with increasing rapidity. This means a steady stream of new medical procedures and concomitant changes to the standard-of-care. In some cases, by the time a new medical device is approved, it's nearly out-of-date. Also, hospital physicians will often use what they have on hand to address a problem, particularly if an application-specific device is not available. For example, although bra **100** was designed with a focus on recovery from breast surgery, it has been used in hospitals to decrease patient morbidity and improve patient comfort in a variety of other applications in which it is necessary to drain fluids from patients. Typical examples include post cardiac and thoracic surgery. But because it was designed with a single application in mind, bra **100** lacks a certain flexibility that would make it that much for suitable for such other applications.

Consequently, it is desirable that new medical devices be designed, to the extent possible, to be broadly applicable and adaptable.

## SUMMARY OF THE INVENTION

The present invention provides a post-surgery brassiere ("bra") with increased utility as compared to the prior art. In addition to finding application, after surgery, to lumpectomy, direct-to-implant reconstruction, or expander/delayed reconstruction, the bra can also be used in support of a patient's recovery from any number of procedures that will require the drainage of fluid from a woman's torso.

In accordance with the present teachings, a reconfigurable post-surgery brassiere includes, along the base band thereof, on both the left and right sides of the midline of the front of the bra, at least one, and preferably at least two eyelets. The eyelets provide a way to detachably couple drain-bulb support rings to the bra.

In some embodiments, prior-art bras, such as the ELIZABETH PINK SURGICAL BRA® and post-surgery bra disclosed in U.S. Pat. No. 9,545,124, are modified for use consistent herewith. In particular, the permanently attached, bulb-supporting loop/ring assemblies are replaced by the aforementioned eyelets and detachable loop/ring assemblies that include a hook for attachment to the eyelets.

In some embodiments, a post-surgery bra in accordance with the present teaching is supplied with two hook/loop/ring assemblies. If a patient has a need for only one such loop and ring, the second hook/loop/ring assembly is removed from the bra. Or, if a patient needs to support two bulbs on one side, then both of the hook/loop/ring assemblies are coupled to the two hooks on the appropriate side of the bra. It is notable that for prior-art bra **100**, if two bulbs need to be supported on one side of the body, it is accomplished by coupling the two bulbs to the one ring. This is not ideal, however, since this limits the ability of the patient to position the bulbs under clothing, thereby increasing the difficulty of hiding the bulbs and increasing the possibility of drain lines becoming entangled.

Also, as a consequence of a series of surgeries, it might be the case that drain bulbs must be supported on different sides of the bra's midline at different times. In bras in accordance with the present invention, this can readily be accomplished by simply moving the hook/loop/ring assemblies to one side or the other, as appropriate.

Furthermore, in some cases, based on the particular placement of a drain in a patient, it will be most convenient or desirable for the drain tube to pass through the bra between the breast cups, as facilitated by post-surgery bras having a medial closure (see, e.g., FIG. **1**, medial closure **110**). In embodiments of the invention in which multiple eyelets are present on each side of the midline of the bra, it is likely that at least one such eyelet will be in a desirable location for connecting to a hook/loop/ring assembly that will support the drain bulb of such a medially exiting drain line. This is not the case for prior-art post-surgical bras such as the ELIZABETH PINK SURGICAL BRA® or the post-surgery bra disclosed in U.S. Pat. No. 9,545,124, wherein the one fixed loop/ring assembly on each side of the midline is sited in a relatively lateral location on the bra.

In some embodiments, the bra is customized for each patient in the sense that in addition to being appropriately sized, it is supplied with the requisite number of hook/loop/ring assemblies. In some other embodiments, the bra is provided with the maximum number of hook/loop/ring assemblies that the bra is capable of accommodating (e.g., 2, 4, 6, etc.).

In some embodiments, a post-surgery brassiere comprises:

two breast cups;

a back band that couples to the two breast cups;

a first shoulder strap and a second shoulder strap, wherein a first end of each shoulder strap is coupled to a respective breast cup and a second end of each shoulder strap couples to the back band;

an aperture disposed along a side of the post-surgery brassiere and sited so that when the brassiere is in use by a wearer, the aperture aligns with a respective axilla of the wearer; and

at least two catches, with a minimum of one catch disposed proximal to a bottom of each breast cup, and wherein each catch is capable of coupling a drain bulb to the post-surgery brassiere.

In some embodiments, a post-surgery brassiere comprises:

two breast cups;

two apertures, one disposed along each side of the post-surgery brassiere and sited so that when the brassiere is in use by a wearer, each aperture aligns with a respective axilla of the wearer;

at least two catches, with a minimum of one catch disposed proximal to a bottom of each breast cup; and

at least two ring assemblies for coupling to drain bulbs, wherein each ring assembly is coupleable to a catch, wherein, in use of the post-surgery brassiere, none, one, or two of the ring assemblies can be coupled to a respective none, one or two of the catches.

In some embodiments, the invention provides:

A kit comprising:

a post-surgery brassiere having:

two breast cups;

an aperture disposed along a side of the post-surgery brassiere and sited so that when the brassiere is in use by a wearer, the aperture aligns with a respective axilla of the wearer; and

at least two catches, with a minimum of one catch disposed proximal to a bottom of each breast cup; and

at least two ring assemblies for coupling to drain bulbs, wherein each ring assembly is detachably coupleable to a respective one of the catches.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** depicts a front view of prior-art post-surgery brassiere **100**.

FIG. **2** depicts a side view of prior-art post-surgery brassiere **100**, wherein the bra is supporting the bulb of a JP drain.

FIG. **3** depicts reconfigurable post-surgery brassiere **300** in accordance with the illustrative embodiment of the present invention.

## DETAILED DESCRIPTION

FIG. **3** depicts post-surgery brassiere ("bra") **300**. In the illustrative embodiment, bra **300** includes cups **102**A and **102**B, shoulder straps **104**A and **104**B, back band **108**, and base band **120**, arranged as shown.



In the illustrative embodiment, brassiere **300** comprises five release points: medial closure **110** (disposed between cups **102**A and **102**B), superior closures **106**A and **106**B (one along each of respective shoulder straps **104**A and **104**B), and side closures **116**, one of which is disposed between backband **108** and cup **102**A and the other between the backband and cup **102**B. In the illustrative embodiment, all such closures comprise paired strips of hook and loop fastener, such as Velcro® brand, available from Velcro Co. of Manchester, N.H. Alternatively, the closures can comprise "hooks" and "hook-compatible fabric." Other types of closures can suitably be used (e.g., "hook-and-eyelet," etc.).

Cups **102**A and **102**B and back band **108** comprise a compressive fabric, such as, without limitation, Lycra® brand spandex fiber or Tencel® brand fiber. In some embodiments, the compressive fabric includes an anti-stain treatment.

Apertures **114** are formed at the site of side closures **116**. The aperture is sited so that when the brassiere is in use, each aperture aligns with the side of the patient underneath the respective axilla (i.e., arm pit). Apertures **114** enables the flexible tubing of a drain (e.g., JP drain, etc.) to pass through bra **300**.

As in applicant's aforementioned ELIZABETH PINK SURGICAL BRAS and the post-surgery bra disclosed in U.S. Pat. No. 9,545,124, apertures **114** are implemented as "plackets." Using plackets, as opposed a hole through the bra, enables a user to don or remove bra **300** without having to remove the drain's collection bulb. Also, if a hole (rather than a placket) were sized to permit passage of a collection bulb for a specific type of drain, it might be undersized to permit the passage of other bulbs from other types of drains. This would require that the user remove the collection bulb of the drain to remove the bra.

Band **120** comprises an elastic material that is attached to the bottom edge of the cups **102**A and **102**B and back band **108**. By virtue of its elasticity, band **120** ensures that the bottom of the bra remains tight to the body when in use.

With the exception of the features discussed below, the structure of bra **300** is essentially the same as that of the ELIZABETH PINK SURGICAL BRA®.

Eyelets **338** are disposed on bra **300** proximal to the bottom of each cup. In the illustrative embodiment, four eyelets are attached to base band **120**, two on the left and two on the right of the midline of the front of bra **300**. In some other embodiments, one eyelet **338** is disposed on each side of the midline; in yet some further embodiments, three or more eyelets **338** are disposed on each side of the midline.

In the illustrative embodiment, each eyelet **338** projects outward from base band **120**, forming a region or gap **339** defined between a portion of base band and the eyelet. Region **339** is used to snare hook **340**. Since, in the illustrative embodiment, hook **340** is attached to loop **122**, and the loop couples to ring **124**, the ring can be removably coupled to bra **300**. For use in this disclosure and the appended claims, the phrase "removably coupled" or "detachably coupled" (as well as inflected forms) means that something can be repeatedly coupled to and decoupled from something else. So, by virtue of this arrangement, rings **124** can be removably coupled to any eyelet **338**, enabling them to be readily positioned where needed. Or one or more of rings **124** can be removed from eyelets **338** (and hence bra **300**). A variety of arrangements of rings on eyelets are therefore possible.

For, example, if there are two eyelets **338** on each side of the midline, one close to the midline ("medial"), and one further from the midline ("lateral"), and four rings **124** are available, then the following sixteen arrangements are possible ("x" indicates that a ring is coupled to an eyelet):

TABLE 1

Possible Arrangements of Bulb-Supporting Rings

| Left Side | | Right Side | |
|---|---|---|---|
| medial | lateral | medial | lateral |
| — | — | — | — |
| x | — | — | — |
| — | x | — | — |
| x | x | — | — |
| — | — | x | — |
| — | — | — | x |
| — | — | x | x |
| x | — | x | — |
| x | — | — | x |
| x | — | x | x |
| — | x | x | — |
| — | x | — | x |
| — | x | x | x |
| x | x | x | — |
| x | x | — | x |
| x | x | x | x |

As will be appreciated by perusing Table 1, eyelets **338** and removably coupleable rings **124** imbue bra **300** with a far improved ability, relative to the prior art, to provide an ideal location for situating a collection bulb.

In the illustrative embodiment, hook **340** is attached to loop **122**; it will be appreciated, however, that other structural arrangements are possible. For example, in some embodiments, hook **340** can be directly attached to ring **124**. In yet some further embodiments, hook **340** is not used; rather, ring **124** couples directly to eyelet **338**. As used in this disclosure and the appended claims, the phrase "ring assembly" refers to either ring **124** alone, ring **124** and hook **340**, or ring **124**, loop **122**, and hook **340**. In some alternative embodiments, the bulb of the drain may be directly coupled to eyelets **338**. For example, a safety pin can be pinned to loop **236** (see FIG. **2**) of collection bulb **234** and to eyelet **338**.

It will be appreciated that other arrangements by which a collection-bulb supporting element (such as ring **124**) is detachably coupled to bra **300** may suitably be used. As used in this disclosure and the appended claims, the term "catch" refers to a feature on the bra (e.g., eyelet **338**, etc.) that is used to couple the collection bulb to bra **300**. As used in this disclosure and the appended claims, reference to "coupling a/the collection bulb to the post-surgery brassiere" means that the collection bulb itself can be detachably coupled to the eyelets (i.e., directly), or that the bulb can be detachably coupled via other elements, such as the ring, and/or loop, and/or hook, etc. (i.e., indirectly).

It is preferable not to use hook-and-loop material as the catch (particularly on the "loop" or "ring"), since it can irritate a user's skin. Also, it is important that the catch is located such that the bulb of the drain hangs below the patient's heart, thereby promoting drainage of fluids.

The post-surgery brassiere disclosed in U.S. Pat. No. 9,545,124 can be modified to be consistent with the present teachings. That is, rather than permanently attaching a loop of ribbon to the base band of the bra disclosed therein, eyelets **338** are attached to the bra as disclosed herein.



Embodiments of the post-surgery brassiere disclosed herein can alternatively be considered to be a "kit," the kit including the post-surgery brassiere and some number of ring assemblies.

It is to be understood that the disclosure teaches just one example of the illustrative embodiment and that many variations of the invention can easily be devised by those skilled in the art after reading this disclosure and that the scope of the present invention is to be determined by the following claims.

For example, in some embodiments, a post-surgery brassiere in accordance with the present teachings can include side panels as well as a back band. It will be appreciated that in such embodiments, a portion of back band **108** is simply replaced by such side panels, which would be disposed between the back band and the cups. In embodiments in which side panels are present, aperture **114** can be disposed in the side panels, as opposed to being in the back band. What is of more importance is that when the brassiere is in use, the apertures are positioned under each axilla of the wearer so that the aperture aligns with the insertion point (in the wearer's body) of the drain tubing.

It is to be understood that many variations of the invention can easily be devised by those skilled in the art after reading this disclosure, and that the scope of the present invention is to be determined by the following claims.

What is claimed is:

**1**. A post-surgery brassiere comprising:

two breast cups;

a back band that couples to the two breast cups;

a first shoulder strap and a second shoulder strap, wherein a first end of each shoulder strap is coupled to a respective breast cup and a second end of each shoulder strap couples to the back band;

an aperture disposed along a side of the post-surgery brassiere and sited so that when the brassiere is in use by a wearer, the aperture aligns with a respective axilla of the wearer;

at least two catches, with a minimum of one catch disposed proximal to a bottom of each breast cup; and

at least two ring assemblies that detachably couple to the at least two catches, wherein each catch, via the at least two ring assemblies, is capable of coupling a collection bulb to the post-surgery brassiere.

**2**. The post-surgery brassiere of claim **1** wherein each ring assembly comprises a hook, a loop, and a ring, wherein the ring is detachably coupled to the loop, and the hook is attached to the loop, and wherein the at least two catches are each dimensioned and arranged to receive each hook, one hook to one catch.

**3**. The post-surgery brassiere of claim **1** further comprising a base band attached to and disposed below the two breast cups, wherein the two catches are attached to the base band.

**4**. The post-surgery brassiere of claim **1** wherein each catch comprises an eyelet.

**5**. The post-surgery brassiere of claim **1** wherein the post-surgery brassiere has four catches, wherein a first two of the four catches are disposed to the left of a midline of the brassiere proximal to a bottom of a respective breast cup, and a second two of the four catches are disposed to the right of the midline of the brassiere proximal to a bottom of the respective breast cup.

**6**. The post-surgery brassiere of claim **1** wherein the aperture comprises a placket.

**7**. The post-surgery brassiere of claim **1** wherein the post-surgery brassiere has two apertures, each aperture dis-

posed along a respective side of the post-surgery brassiere and sited so that when the brassiere is in use by a wearer, each aperture aligns with a respective axilla of the wearer.

**8**. The post-surgery brassiere of claim **7** wherein at least one of the apertures comprises a placket.

**9**. A post-surgery brassiere comprising:

two breast cups;

two apertures, one disposed along each side of the post-surgery brassiere and sited so that when the brassiere is in use by a wearer, each aperture aligns with a respective axilla of the wearer;

at least two catches, with a minimum of one catch disposed proximal to a bottom of each breast cup; and

at least two ring assemblies for coupling to collection bulbs, wherein each ring assembly is coupleable to a catch, wherein, in use of the post-surgery brassiere, none, one, or two of the ring assemblies can be coupled to a respective none, one or two of the catches.

**10**. The post-surgery brassiere of claim **9** wherein the post-surgery brassiere has four catches, wherein a first two of the four catches are disposed to the left of a midline of the brassiere proximal to a bottom of one of the breast cups, and a second two of the four catches are disposed to the right of the midline of the brassiere proximal to a bottom of the other of the breast cups.

**11**. The post-surgery brassiere of claim **10** wherein the post-surgery brassiere has four ring assemblies, wherein, in use of the post-surgery brassiere, none of the ring assemblies, or any one or more of the four ring assemblies can be detachably coupled to a respective number of catches.

**12**. The post-surgery brassiere of claim **9** wherein each ring assembly comprises a hook, a loop, and a ring, wherein the ring is detachably coupled to the loop, and the hook is attached to the loop, and each of the at least two catches are dimensioned and arranged to receive, one each, the hook of each ring assembly.

**13**. A kit comprising:

a post-surgery brassiere having:

two breast cups;

an aperture disposed along a side of the post-surgery brassiere and sited so that when the brassiere is in use by a wearer, the aperture aligns with a respective axilla of the wearer; and

at least two catches, with a minimum of one catch disposed proximal to a bottom of each breast cup; and

at least two ring assemblies for coupling to collection bulbs, wherein each ring assembly is detachably coupleable to one of the catches.

**14**. The kit of claim **13** wherein the post-surgery brassiere has four catches, wherein a first two of the four catches are disposed to the left of a midline of the brassiere proximal to a bottom of one of the breast cups, and a second two of the four catches are disposed to the right of the midline of the brassiere proximal to a bottom of the other of the breast cups.

**15**. The kit of claim **14** wherein the post-surgery brassiere has four ring assemblies for coupling to drain bulbs, wherein each ring assembly is detachably coupleable to one of the catches.

**16**. A post-surgery brassiere comprising:

two breast cups;



an aperture disposed along a side of the post-surgery brassiere and sited so that when the brassiere is in use by a wearer, the aperture aligns with a respective axilla of the wearer; and

at least two eyelets, with a minimum of one eyelet disposed proximal to a bottom of each breast cup, and wherein each eyelet is capable of coupling a collection bulb to the post-surgery brassiere.

**17**. The post-surgery brassiere of claim **16** further comprising at least two ring assemblies that detachably couple to the at least two eyelets.

**18**. The post-surgery brassiere of claim **17** wherein each ring assembly comprises a hook, a loop, and a ring, wherein the ring is detachably coupled to the loop, and the hook is attached to the loop, and wherein the at least two eyelets are each dimensioned and arranged to receive each hook, one hook to one catch.

**19**. The post-surgery brassiere of claim **16** further comprising a base band attached to and disposed below the two breast cups, wherein the two eyelets are attached to the base band.

**20**. The post-surgery brassiere of claim **16** wherein the post-surgery brassiere has two catches in addition to the two eyelets, wherein one of the eyelets and one of the catches are disposed to the left of a midline of the brassiere proximal to a bottom of a respective breast cup, and a second of the eyelets and a second of the catches are disposed to the right of the midline of the brassiere proximal to a bottom of the respective breast cup.

**21**. The post-surgery brassiere of claim **16** wherein the aperture comprises a placket.

**22**. A post-surgery brassiere comprising:

two breast cups;

an aperture disposed along a side of the post-surgery brassiere and sited so that when the brassiere is in use by a wearer, the aperture aligns with a respective axilla of the wearer, wherein the aperture is a placket; and

at least two catches, with a minimum of one catch disposed proximal to a bottom of each breast cup, and wherein each catch is capable of coupling a collection bulb to the post-surgery brassiere.

**23**. The post-surgery brassiere of claim **22** further comprising at least two ring assemblies that detachably couple to the at least two catches.

**24**. The post-surgery brassiere of claim **23** wherein each ring assembly comprises a hook, a loop, and a ring, wherein the ring is detachably coupled to the loop, and the hook is attached to the loop, and wherein the at least two catches are each dimensioned and arranged to receive each hook, one hook to one catch.

**25**. The post-surgery brassiere of claim **22** further comprising a base band attached to and disposed below the two breast cups, wherein the two catches are attached to the base band.

**26**. The post-surgery brassiere of claim **22** wherein each catch comprise an eyelet.

**27**. The post-surgery brassiere of claim **22** wherein the post-surgery brassiere has four catches, wherein a first two of the four catches are disposed to the left of a midline of the brassiere proximal to a bottom of a respective breast cup, and a second two of the four catches are disposed to the right of the midline of the brassiere proximal to a bottom of the respective breast cup.

* * * * *

# “Exhibit B”

**Claim Chart**

| | | |
|---|---|---|
| **US 10,681,942** | | **Marena Drain Management Recovery Bra**<br>(Analysis based on SKUs B19 30 and B19 3032. Also applies to SKUs CAR-HB01, CAR-HB02, CAR-B19-01, CAR-B19-10, CAR-B19-11) |
| **Claim 1** | A **post-surgery brassiere** ("PSB") comprising: | **Yes.** "*Drain Bulb Management Recovery Bra is designed for comfortable support and management of drain bulbs and tubes following breast reduction procedures*." (SKU B19 30) "Ideal for post-op healing—including mastectomy, reconstructive and aesthetic fat grafting procedures, lumpectomy" (SKU CAR-HBO1) *See*, Attachment and Marena website. |
| | two **breast cups**; | **Yes.** As in the '942, the "cups" are regions of compressive fabric on either side of the centerline of the bra. ('942 at C6, L15-20; Fig. 3) SKU B19-30 is "*Engineered with our bi-cup sizing to accommodate breast volume variations due to swelling*." And note sizing of available bras, showing cup sizes AA through E. *See*, Attachment and Marena website. |
| | a **back band** that couples to the two breast cups; | **Yes.** As in the '942, the "back band" is the region of fabric extending across the back of a wearer and that couples, at its lower end, to a base band and, at an upper end, to the shoulder straps. Note the seams in Marena bras at base band and at the bottom of shoulder strap in back of bras. *See* Attachment. |
| | a **first shoulder strap and a second shoulder strap**, wherein a first end of each shoulder strap is coupled to a respective breast cup and a second end of each shoulder strap couples to the back band; | **Yes.** *See* Attachment. |
| | an **aperture** disposed **along a side** of the PSB and sited so that when the brassiere is in use by a wearer, the aperture aligns with a respective axilla of the wearer; | **Yes.** The Marena website references "*Side-entry openings designed to allow tubes to feed to the bulb without obstruction*." The '942 discloses that the aperture is a placket, as opposed to simply a "hole," Fig. 3 showing a slit-like arrangement to permit passage of drain bulb. ('942 at C6, L21-37). Claim 6 recites that "the aperture comprises a placket," which, based on claim differentiation, indicates that "aperture" contemplates others types of openings. In any case, the Marena bras use the contemplated slit-like arrangement to facilitate passage of a bulb, etc. *See*, Attachment: side and back views of Marena bras. |
| | at least two **catches**, with a minimum of one catch disposed proximal to a bottom of each breast cup; and | **Yes.** The '942 states that "*as used in this disclosure and the appended claims, the term 'catch'* ***refers to a feature on the bra (e.g., eyelet 338, etc.) that is used to couple the collection bulb to bra 300.***" Supportive thereof, see claim 4, which recites that the catch is an eyelet (claim differentiation thus also supporting the broader interpretation of "catch." The Marena bras use to use |

| | | |
|---|---|---|
| | | strips of fabric that is attached to the base band to create the claimed "catches". *See* Attachment. |
| | at least two **ring assemblie**s that **detachably couple** to the at least two catches, wherein each catch, via the at least two ring assemblies, is capable of coupling a collection bulb to the post-surgery brassiere. | **Yes.** Marena website states that "*This bra includes 2 modesty pouches and 4 rings, that are repositionable, to support the drain bulb and anchor it to the band....*" *See* Attachment. The '942 states that "*In the illustrative embodiment, hook **340** is attached to loop **122;** it will be appreciated, however, that other structural arrangements are possible. For example, in some embodiments, hook **340** can be directly attached to ring **124.** In yet some further embodiments, hook **340** is not used; rather, ring **124** couples directly to eyelet **338.** As used in this disclosure and the appended claims, the phrase "ring assembly" refers to either ring **124** alone, ring **124** and hook **340,** or ring **124,** loop **122,** and hook **340.** In some alternative embodiments, the bulb of the drain may be directly coupled to eyelets **338.** For example, a safety pin can be pinned to loop **236** (see FIG. **2)** of collection bulb **234** and to eyelet **338.**"* Detachably couple means "*that something can be repeatedly coupled to and decoupled from something else.*"(C6, L58-67) *See* Appendix: photos showing two rings attached to two catches. |
| | | |
| **Claim 3** | The PSB of claim 1 further comprising a **base band** attached to and disposed below the two breast cups, wherein | **Yes.** *See,* Attachment |
| | the two **catches are attached to the base band**. | **Yes.** *See,* Attachment |
| | | |
| **Claim 5** | the PSB of claim 1 wherein the PSB has **four catches**, Wherein **a first two** of the four catches **are disposed to the left of a midline of the brassiere proximal to a bottom of a respective breast cup**, and a **second two** of the four catches **are disposed to the right of the midline**... | **Yes.** *See,* Attachment, showing two catches formed on the base band on each side of the midline by creating a seam in at middle of a length of fabric attached to the baseband on each side of the midline. "*This bra includes 2 modesty pouches and 4 rings, that are repositionable, to support the drain bulb and anchor it to the band.*" |

| | | |
|---|---|---|
| **Claim 9** | A PSB comprising: | **Yes.** *See,* analysis of claim 1, above. |
| | two **breast cups**; | **Yes.** *See,* analysis of claim 1, above. |
| | **two apertures, one** disposed **along each side** of the PSB and sited so that when the brassiere is in use by a wearer, the aperture aligns with a respective axilla of the wearer; | **Yes.** *See,* analysis of claim 1, above. And see photos in appendix, showing an aperture on each under the axilla (*i.e.,* arm pit). |
| | at least **two catches**, with a minimum of one catch disposed proximal to a bottom of each breast cup; and | **Yes.** *See,* analysis of claim 1, above. |
| | at least two **ring assemblies** for **coupling to collection bulbs**, | **Yes.** *See,* analysis of claim 1, above. *This bra includes 2 modesty pouches and 4 rings, that are repositionable, to support the drain bulb and anchor it to the band."* *See,* Appendix. |
| | wherein each ring assembly is **coupleable to a catch**, | **Yes.** *See,* analysis of claim 1, above, and photos showing rings coupled to the catches. |
| | wherein, in use of the psb, none, one, or two of the ring assemblies can be coupled to a respective none, one, or two of the catches. | **Yes.** *This bra includes 2 modesty pouches and 4 rings, that are repositionable, to support the drain bulb and anchor it to the band."* For the rings to be "repositionable," they must be removable from the catches. And whereas photos show only two ring assemblies coupled to the catches, the website indicates that B19 bras include "4 ring," indicating an ability to couple ring assemblies as required. |
| **Claim 10** | The PSB of claim 9 wherein the PSB has **four catches**, wherein **a first two** of the four catches **are disposed to the left of a midline of the brassiere proximal to a bottom of one of the breast cups**, and a **second two** of the four catches **are disposed to the right of the midline**... | **Yes.** *See*, analysis of claim 5. |

| | | |
|---|---|---|
| **Claim 11** | The PSB of claim 10 wherein the PSB has **four ring assemblies**, wherein, | **Yes.** *"This bra includes 2 modesty pouches and 4 rings, that are repositionable, to support the drain bulb and anchor it to the band." See, Attachment.* |
| | In use of the psb, **none of the ring assemblies, or any one or more of the four ring assemblies can be detachably coupled to a respective number of catches**. | **Yes.** *See* analysis of this limitation of claim 9. |

## Appendix

There are a number of post-surgical bras on Marena's website, all with drain bulb management, including apertures, catches, and rings, all of which infringe US 10,681,942: SKUs: B19-30, B19-3032, CAR-HB01, CAR-HB02, CAR-B19-01, CAR-B19-10, CAR-B19-11

***Marena Recovery***
**Drain Bulb Management Recovery Bra - Style No. B19**
**Sku: B19-30 AA/A-B**

https://marena.com/collections/recovery-bras/products/drain-bulb-management-recovery-bra-style-no-b19



Description

Our new Drain Bulb Management Recovery Bra is designed for comfortable support and management of drain bulbs and tubes following breast reduction procedures. This bra includes 2 modesty pouches and 4 rings, that are repositionable, to support the drain bulb and anchor it to the band, which reduces motion and pressure on the incision sites. Side-entry openings designed to allow tubes to feed to the bulb without obstruction. Engineered with our bi-cup sizing to accommodate breast volume variations due to swelling. Additional features include a combined padded hook-&-eye/zipper front closure for ease of donning and high-back coverage for additional support. Our proprietary TriFlex™ fabric has superior stretch to prevent binding, provides moisture-wicking and cooling, and active silver antimicrobial protection. Machine washable.

Features

- Bi-cup sizing
- Side-entry openings for tubes
- 2 pouches and 4 rings
- Padded hook-&-eye shoulder closure
- Combined padded hook-&-eye/zipper front closure
- Outward-facing seams
- Extended longline length to avoid the inframammary fold
- Soft, elastic bottom band
- High back coverage

Procedures

- Breast Reduction

*The Marena Group, LLC*
**Classic Drain Bulb Management Bra - Style No. B19 | FOR HOSPITAL USE ONLY**
**Sku: B19-3032-B**

https://marena.com/products/b19-compression-bra?pr_prod_strat=e5_desc&pr_rec_id=b2f9e707b&pr_rec_pid=1845475967018&pr_ref_pid=3960694702122&pr_seq=uniform





<u>Description</u>

The B19 bra is designed with our patented drain bulb management system. Side entry openings allow for tubes to feed from the port site to the bulb without obstruction. Includes four plastic rings that can be positioned along the lower edge of the bra to help provide support for the bulb and maximize patient comfort through recovery.

Features padded and adjustable straps, a smooth, high back, hook-&-eye front closure, and seamless pocketed cups. Machine washable. Made with our proprietary TriFlex™ fabric.

<u>Features</u>

- Four smooth plastic rings to hold down drain blubs
- Adjustable straps
- Side-entry opening for drainage tube
- Smooth elastic underbust band
- Pouches sold separately

<u>Procedures</u>

- Breast Reduction

*Caress by Marena*
**Caress Ultra-Soft Drain Bulb Management Velcro-Closure Surgical Bra**
**SKU CAR-HB01-DBM (Velcro Closure), SKU CAR-HB02-DBM (Zipper Closure)**

https://marena.com/collections/caress-by-marena-surgical-bra-range/products/caress-ultra-soft-drain-bulb-management-velcro-closure-surgical-bra-style-no-car-hb01-dbm

This surgical bra combines gentle compression and ultra-soft fabric cups with discreet, built-in drain bulb management. Ideal for post-op healing—including mastectomy, reconstructive and aesthetic fat grafting procedures, lumpectomy, and cardiac surgery—it features Velcro® closures and drain bulb loops for comfort and functionality during the early stages of recovery.



Description

For acute post-surgical recovery that involves drain management, the Caress Ultra-Soft Drain Bulb Management Velcro-Closure Surgical Bra offers the practicality and comfort needed during the early stages of recovery. This soft, supportive bra is ideal for post-op recovery following mastectomy, reconstruction, reconstructive and aesthetic fat grafting procedures, lumpectomy, and cardiac surgery.

The front, cups, and straps are made with soft support fabric for added comfort against sensitive skin. Our TriFlex™ fabric provides targeted compression on the sides and back to help promote lymphatic drainage. Side-entry openings and two forward-facing rings on each side securely hold drain bulbs in place without sacrificing comfort or functionality.

Whether managing drains or supporting sensitive skin during recovery, this high-back surgical bra is designed to provide functional support and reliable comfort every step of the way.

Features

- Dual-fabric construction with soft support fabric in the cups, front and straps
- Formed cups accommodate breast volume variations and unilateral mastectomy needs
- Velcro® front closure makes donning easy—ideal for limited mobility post-surgery
- Side-entry openings provide access for post-surgical drains
- Two forward-positioned rings on each side hold drain bulbs securely in place
- Adjustable Velcro® shoulder straps allow up to 2 inches of adjustability for a secure, customizable fit
- Comfort fold-over edges and outward-facing seams reduce irritation on healing skin
- Soft, wide bottom elastic sits comfortably beneath the inframammary fold to keep the bra in place and avoid incisions
- High back coverage offers additional support and compression across the back
- TriFlex™ fabric on the sides and back delivers targeted compression to help reduce swelling and aid lymphatic flow
- Moisture-wicking and cooling to help regulate body temperature
- Antimicrobial finish to support freshness and hygiene
- Soft support fabric in the front, cups, and straps provides gentle support without irritation

Procedures

- Mastectomy
- Lumpectomy
- Cardiac Surgery
- Fat Grafting

*Caress by Marena*
**Caress Pocketed Drain Bulb Management Bra**
**SKUs CAR-B19-01, CAR-B19-10, CAR-B19-11**

https://marena.com/collections/caress/products/caress-pocketed-drain-bulb-management-bra-style-no-car-b19



This bra is designed with compression for acute recovery following mastectomy and breast reconstruction procedures. With our proprietary drain bulb management system, you can feel comfortable and fully supported.

Description

This pocketed bra is designed for acute recovery following mastectomy and breast reconstruction procedures. Features include 1 modesty pouch and 2 rings, that are repositionable, to support the drain bulb and anchor it to the band, which reduces motion and pressure on the incision sites. Small tube-access openings feed from the port site to the bulb without pinching. High back coverage provides compression across the back plus a long band length that avoids the inframammary fold.

The Caress Pocketed Drain Bulb Management Bra includes removable droplet puffs for both left and right unilateral or bilateral mastectomy and is engineered with bi-cup sizing that integrate two cup sizes into one bra for breast volume variations. Additional features include a zipper front closure with underlying hook-&-eye closure for ease of donning plus high-back coverage to protect the dorsal tissue harvesting site. Droplet Puff(s) included.

This style is made with our proprietary TriFlex™ fabric for superior stretch, effective wicking and cooling, and active silver antimicrobial protection. Our proprietary fabric maintains consistent compression when stretched to avoid a binding effect for superior comfort and support. Machine washable.

Features

- Pocketed cups with bi-cup sizing
- Removeable and adjustable Droplet Puff(s)
- Side-entry openings for tubes
- 1 pouch and 2 rings (included)
- Padded hook-&-eye shoulder closures
- Combined padded hook-&-eye/zipper front closure
- Outward-facing seams
- Extended length to avoid the inframammary fold
- Soft, elastic bottom band
- Made with our proprietary TriFlex™ fabric
- HCPCS Codes:
- Left or Right: L8001
- Both: L8002

Procedures

- Mastectomy